**Abatement Order filed October 24, 2019**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00661-CR
NO. 14-19-00662-CR
NO. 14-19-00663-CR

_____

## EX PARTE JAMIN STOCKER

**On Appeal from the 248th District Court
Harris County, Texas
Trial Court Cause Nos. 1643380, 1653381, & 1643382**

## ABATEMENT ORDER

Appellant is not represented by counsel on appeal. Appellant has requested appointment of counsel. This court is unaware whether appellant is entitled to appointment of counsel and to proceed without the payment of costs. Accordingly, we enter the following order.

We ORDER the judge of the 248th District Court to immediately conduct a hearing at which appellant and counsel for the State shall be present, either in person or by video teleconference, to determine whether appellant desires to prosecute his

appeal, and, if so, whether appellant is indigent and, thus entitled to appointed counsel and a free record. The judge shall appoint appellate counsel for appellant, if necessary. The judge shall see that a record of the hearing is made, shall make findings of fact and conclusions of law, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the findings and conclusions. Those records shall be filed with the clerk of this court within 30 days of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.


PER CURIAM


Panel Consists of Chief Justice Frost and Justices Wise and Hassan.